1 | SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
COLTON BRYANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| COLTON BRYANT, | Case No.: 2:25-cv-09290-SPG (SSCx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| TRIM LINE & EUROPEAN UPHOSLTERY LLC; ADG DEVELOPMENT, LLC; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff COLTON BRYANT ("Plaintiff") and Defendant TRIM LINE & EUROPEAN UPHOSLTERY LLC stipulate that this Court dismiss the above-captioned action in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

Respectfully submitted,

DATED: November 25, 2025         SO. CAL. EQUAL ACCESS GROUP

By:   <u>*/s/ Jason J. Kim*</u>
     Jason J. Kim
     Attorneys for Plaintiff

DATED: November 25, 2025   Law Offices of West and Associates

By:   <u>*/s/ Allen D. West*</u>
     Allen D. West, Esq.
     Attorneys for Defendant
     TRIM LINE & EUROPEAN UPHOSLTERY LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 25, 2025         By: */s/ Jason J. Kim*
                                                  Jason J. Kim